In the Matter of Acquiring Title by the City of New York, Respondent, to Certain Lands, etc., for Bridge Purposes, Known as Manhattan Bridge. Charles S. Simpson and Others, Appellants.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Adolph Rible, Appellant.— Judgment and orders affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Joseph Ernstthal and Another, Appellants, v. Frederick F. Proctor, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Susanna Schleich, as Administratrix, etc., Respondent, v. Paul Schleich, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Patrick William Gibbs, Appellant, v. Conroy Brothers, Respondent, Impleaded with Another.— Order affirmed, with costs. No opinion. Present.— Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Paul Burchard, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Gertrude Eleanor Tiedemann, Respondent, v. Rudolph Ernest Tiedemann, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to serve amended answer on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Susan Shaughnessy, Appellant, v. Victor Weichmann, Respondent.— Order affirmed, unless plaintiff stipulate to reduce verdict to $5,000; in which event the order appealed from is reversed and the verdict as so reduced reinstated, without costs of this appeal. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ. Order to be settled on notice.

Alice M. Fitch, as Executrix, etc., Respondent, v. Shubert Theatrical Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Transfer Tax upon the Estate of Charles M. Van Nest, Deceased. Katherine Crane Herald, as Administratrix, etc., Appellant; The Comptroller of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Morris Robinson, Defendant, Impleaded with Abraham Gabriel, Appellant.— Orders affirmed. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.